| | SUBJECT PHOTOGRAPHS |
|---|---|
| 1. | **Pink Cupcake Gradient**  |
| 2. | **Macaron Gradient**  |

| | |
|---|---|
| 3. | **<u>Flower Gradient</u>**<br> |
| 4. | **<u>Rock Candy Gradient</u>**<br> |

| 5. | **Peppermint Pattern**  |
|----|----|
| 6. | **Donut Pattern**  |

| 7. | **Present Gradient**  |
|---|---|
| 8. | **Edible Flower Gradient**  |

| | |
|---|---|
| 9. | **Pink and Silver Disco Balls**  |
| 10. | **Citrus Gradient**  |

| 11. | **Coffee and Milk Gradient** |
|---|---|
|  |  |
| 12. | **Gummy Gradient v.2** |
|  |  |