| <u>INFRINGING USES</u> | |
|---|---|
| 1. | **Pink Cupcake Gradient**<br><br><br><br> |

| 2. | **Macaron Gradient** |
|----|----------------------|
|    | <br><br> |

| 3. | **Flower Gradient** |
|---|---|
| |  |

| 4. | **Rock Candy Gradient** |
|---|---|
| | <br><br> |

| 5. | **Peppermint Pattern**<br><br> |

| 6. | **Donut Pattern** |
|---|---|
| | <br> |

| 7. | **Present Gradient** |
|---|---|
| | <br><br> |

| 8. | **<u>Edible Flower Gradient</u>** |
|---|---|
| | <br><br> |

| 9. | **Pink and Silver Disco Balls** |
| --- | --- |
| |   |

| 10. | **Citrus Gradient** |
|---|---|
|  |  |

| 11. | **Coffee and Milk Gradient** |
| --- | --- |
| |  |

| 12. | **<u>Gummy Gradient v.2</u>** |
|---|---|
| |   |